**Mary E. Lyons FELTON, Plaintiff-Appellant,**

v.

**GATES COUNTY BOARD OF EDUCATION, Defendant-Appellee.**

No. 17-1287

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 22, 2017

Mary E. Lyons Felton, Appellant Pro Se. John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina, for Appellee.

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary E. Lyons Felton appeals the district court's order granting summary judgment in favor of the Gates County Board of Education on Felton's retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and discern no reversible error. We thus affirm for the reasons stated by the district court. *See Felton v. Gates Cty. Bd. of Educ.*, No. 2:15-cv-00020-BR, 2017 WL 420156 (E.D.N.C. Jan. 31, 2017). We deny as moot the Gates County Board of Education's motion to file a surreply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*